## CAUSE NO. 2002-31310

| | | |
|---|---|---|
| DAVID WILSTEIN and LEONARD WILSTEIN, Individually and as Trustee of the Leonard and Joyce Wilstein Revocable Trust | §<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | 164TH JUDICIAL DISTRICT |
| DERNICK RESOURCES, INC. | § | HARRIS COUNTY, TEXAS |

IN THE DISTRICT COURT
1st COURT OF APPEALS
HOUSTON, TEXAS
10/6/2015 4:55:59 PM
CHRISTOPHER A. PRINE
Clerk

---

## DERNICK RESOURCES, INC.'S NOTICE OF CASH DEPOSIT IN LIEU OF SUPERSEDEAS BOND

---

WHEREAS the Court rendered judgment dated July 9, 2013 against Dernick Resources, Inc. in the cumulative amount of $3,238,260.90;

WHEREAS the Court's judgment reflects an award of "compensatory damages" on Plaintiffs' Bradshaw Field Joint Venture Claims against Dernick Resources, Inc. and in favor of Plaintiffs in the collective amount of $241,313.78, including prejudgment interest on those compensatory damages;

WHEREAS, with post-judgment interest on the judgment accruing at 5% compounded annually, the "interest for the estimated duration of the appeal" under Tex. Civ. Prac. § 52.006 and Tex. R. Civ. P. 24.2(a)(1) for the entire amount of the judgment is $331,921.75, reflecting two years' worth of accrued appellate post-judgment interest on the judgment;

WHEREAS "costs" were assessed in the judgment against Dernick Resources, Inc. in the amount of $10,191.55;

**FILED**
Chris Daniel
District Clerk

NOV 0 1 2013

Time: _____ 4:05pm
Harris County, Texas
By _____ JCG
Deputy

1

3704

WHEREAS the "sum of compensatory damages awarded in the judgment, interest for the estimated duration of the appeal, and costs awarded in the judgment" is $583,427.08 under Tex. Civ. Prac. & Rem. Code § 52.006 and Tex. R. App. P. 24.2(a)(1);

WHEREAS, Defendant Dernick Resources, Inc. has appealed the judgment to the First Court of Appeals at Houston, Texas, Cause No. 01-13-00853-CV, and will continue its appellate efforts through the Texas Supreme Court, and desires to suspend execution of the judgment pending the determination of and duration of the appeal pursuant to Tex. R. App. P. 24.1(f);

NOW, THEREFORE, Defendant Dernick Resources, Inc., provide this cash deposit in lieu of supersedeas bond, pursuant to Tex. R. App. P. 24.1(c), in lieu of supersedeas bond, with the cash deposit subject to Dernick Resources, Inc.'s liability under the judgment, upon the following conditions:

(1)    if Dernick Resources, Inc. does not perfect the appeal or its appeal is dismissed and not reinstated, and Dernick Resources, Inc. does not perform the judgment; or

(2)    Dernick Resources, Inc. does not perform an adverse judgment final on appeal.

2

3705

Respectfully submitted,

**ALAN B. DAUGHTRY**
State Bar No: 00793583
675 Shartle Circle
Houston, Texas 77024
Telephone:    (281) 300-5202
Facsimile:    (281) 404-4478
Email: alan@alandaughtrylaw.com

Kathrine M. Silver
Texas Bar No. 24013510
Richard A. Howell
Texas Bar No. 24056674
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Phone: (713) 752-4340
Fax: (713) 752-4221
Email: ksilver@jw.com

D. Patrick Long
Texas Bar No. 12515500
Patton Boggs LLP
2000 McKinney Ave., Suite 1700
Dallas, TX 75201
Phone: (214) 758-1505
Fax: (214) 758-1550
Email: plong@pattonboggs.com

**ATTORNEYS FOR
DERNICK RESOURCES, INC.**

3

3706

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by electronic service via Pro-Doc efiling on this the 1st day of November, 2013, to the following attorneys of record:

Tom C. McCall
David B. McCall
The McCall Firm
2600 Via Fortuna, Suite 200
Austin, Texas 78746-7991

Britton D. Monts
The Monts Firm
401 Congress Avenue, Suite 1540
Austin, Texas 78701-3851

Kendall Gray
Georgia L. Lucier
Andrews Kurth, LLP
600 Travis Street, Suite 4200
Houston, Texas 77002-2929

**ALAN B. DAUGHTRY**

3707

DERNICK RESOURCES, INC.
APPELLANT(S)

VS.

DAVID WILSTEIN AND LEONARD WILSTEIN, INDIVIDUALLY AND AS TRUSTEE OF THE LEONARD AND JOYCE WILSTEIN REVOCABLE TRUST
APPELLEE(S)

IN THE DISTRICT COURT OF

HARRIS COUNTY, T E X A S

164TH JUDICIAL DISTRICT

## CLERK'S CERTIFICATE OF
## DEPOSIT IN LIEU OF SUPERSEDEAS BOND

THE STATE OF TEXAS:

COUNTY OF HARRIS:

This document is to certify that I, the undersigned clerk of the District Courts of Harris County, Texas have received a cash deposit in the amount of FIVE HUNDRED EIGHTY-THREE THOUSAND FOUR HUNDRED TWENTY-SEVEN AND 08/100 ($583,427.08) DOLLARS, deposited with the Registry of the Court (Check Number: 7342101094), from ALAN B. DAUGHTRY on behalf of DERNICK RESOURCES, INC. appellants on the 1ST day of NOVEMBER, 2013.

This cash deposit was deposited in accordance with Rule 24.1(c) (1) of the Texas Rules of Appellate Procedure, and is conditioned that the appellant shall prosecute his appeal or writ of error with effect and in case the judgment of the Supreme Court or Court of Appeals shall be against the appellant, he shall perform its judgment, sentence or decree and pay all such damages and costs as said court may award against him and, upon approval by the clerk, execution of the judgment or so much thereof as has been superseded shall be suspended.

WITNESS my hand and seal of office this 1ST day of NOVEMBER, A.D., 2013.

CHRIS DANIEL, District Clerk
Harris County, Texas

BY _____, Deputy
DUANE C. GILMORE

Court of Civil Appeals:
ALAN B DAUGHTRY
ATTY AT LAW
675 SHARTLE CIR
HOUSTON TX 77024

TBN 00793583

PJ-27

3708